Case 4:20-cv-01187   Document 41   Filed on 09/25/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br>VS.<br><br>TESHUATER, LLC; LARRY DONNELL LEONARD, II; SHUWANA LEONARD; and TESHUA BUSINESS GROUP, LLC,<br><br>*Defendants*. | CIVIL ACTION NO. 4:20-cv-1187 |

## **FINAL JUDGMENT AGAINST TESHUATER, LLC**

This Court granted Securities and Exchange Commission's Motion for Summary Judgment as to liability, (Doc. No. 34), and Motion for Remedies, (Doc. No. 39), against Teshuater, LLC and its co-defendants (Larry Donnell Leonard, II, Shuwana Leonard, and Teshua Business Group, LLC).

Therefore, Teshuater, LLC is hereby **ORDERED** by this Court:

1. To be permanently restrained and enjoined from future violations of Section 10(b) of the Exchange Act, Rule 10b-5 of the Exchange Act, and Section 17(a) of the Securities Act.

2. To be permanently restrained and enjoined from future violations of Section 5 of the Securities Act.

3. To be permanently restrained and enjoined from directly or indirectly, including, but not limited to, through any entity it owns or controls, participating in the issuance, offer, or sale of any security, digital or otherwise; provided, however, such injunction shall not prevent it from purchasing or selling securities for its own account.

4. To disgorge $395,189.34, on a joint and several basis with its co-defendants, and to pay prejudgment interest of $119,520.76 on that disgorgement amount, also on a joint and several basis with its co-defendants.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

Signed on this the 25th day of September 2024.

Andrew S. Hanen
United States District Judge